# EXHIBIT C

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002036600
Search Results: Displaying 1 of 1 entries



***Group Registration of Published Photographs - Kristy Leibowitz; 2014...***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002036600 / 2017-03-13 |
| **Application Title:** | Group Registration of Published Photographs - Kristy Leibowitz; 2014 Photos; all published 11/11/14-12/3/14; 3 Photos. |
| **Title:** | Group Registration of Published Photographs - Kristy Leibowitz; 2014 Photos; all published 11/11/14-12/3/14; 3 Photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Kristy Leibowitz. Address: 23 Manor Lane, Copiague, NY, 11726, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-11-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Kristy Leibowitz; Domicile: United States. Authorship: photograph. |
| **Copyright Note:** | Regarding publication: range of publication dates is 11/11/2014 to 12/3/2014 |
| **Contents:** | Leibowitz_Bob Mancino, 11-11-14.jpg. Leibowitz_Miley Cyrus, 12-3-14.jpg Leibowitz_Miley Cyrus2, 12-3-14.jpg; 12/3/14. |
| **Names:** | Leibowitz, Kristy |



**Save, Print and Email ([Help Page](#))**

| Select Download Format | Full Record ⇅ | Format for Print/Save |

Enter your email address: [_____] [Email]

[Help](#)    [Search](#)    [History](#)    [Titles](#)    [Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) | [Copyright Office Home Page](#) | [Library of Congress Home Page](#)