# EXHIBIT D

Miley Cyrus smoking weed onstage:



The car you've always wanted at the Barbie party:



# ART BASEL PIX TO GIVE YOU MAJOR FOMO