UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTY LEIBOWITZ,

                              Plaintiff,                              No. 18-cv-2626 (RA)

  -against-

                                                                 **ANSWER**

GALORE MEDIA, INC.,

                              Defendant.

------------------------------------------------------------------X

      Defendant Galore Media, Inc. ("Galore" or "Defendant"), by its undersigned counsel, submits the following Answer to the Complaint of Kristy Leibowitz ("Plaintiff"). Except as hereinafter expressly admitted, qualified, or otherwise answered, Defendant denies each and every allegation and assertion made in the Complaint. The paragraphs that follow align with the numbered paragraphs of the Complaint:

      1.     Defendant denies the allegations contained in Paragraph 1 of the Complaint.

      2.     In response to Paragraph 2 of the Complaint, Defendant admits that this Court has subject matter jurisdiction over this action, but otherwise denies these allegations.

      3.     In response to Paragraph 3 of the Complaint, Defendant admits that this Court has personal jurisdiction over this action, but otherwise denies these allegations.

      4.     In response to Paragraph 4 of the Complaint, Defendant admits that venue is proper in this District, but otherwise denies these allegations.

      5.     In response to Paragraph 5 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

      6.     Defendant admits the allegations contained in Paragraph 6 of the Complaint.

      7.     Defendant admits the allegations contained in Paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in Paragraph 8 of the Complaint.

9. Defendant admits the allegations contained in Paragraph 9 of the Complaint.

10. In response to Paragraph 10 of the Complaint, Defendant states that it publishes a range of fashion, beauty, music, and celebrity-related news and information, and denies the remaining allegations contained in this paragraph of the Complaint.

11. In response to Paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

12. In response to Paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

13. In response to Paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

14. In response to Paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

15. In response to Paragraph 15 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

16. In response to Paragraph 16 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

17. Defendant denies the allegations contained in Paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint.

20. Defendant denies the allegations contained in Paragraph 20 of the Complaint.

21. Defendant denies the allegations contained in Paragraph 21 of the Complaint.

22. Defendant denies the allegations contained in Paragraph 22 of the Complaint.

23. Defendant denies the allegations contained in Paragraph 23 of the Complaint.

24. In response to Paragraph 24 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations and therefore denies them.

## FIRST CLAIM FOR RELIEF
*(Alleged Copyright Infringement, 17 U.S.C. §§ 106, 501)*

25. Defendant incorporates by reference its responses to Paragraphs 1 through 24 above.

26. Defendant denies the allegations contained in Paragraph 26 of the Complaint.

27. Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28. Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30. Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31. Defendant denies the allegations contained in Paragraph 31 of the Complaint.

## PRAYER FOR RELIEF

Wherefore, having answered each and every allegation contained in Plaintiff's Complaint, Defendant respectfully requests the following relief:

1. That all of Plaintiff's claims be dismissed in their entirety with prejudice;

2. That the costs of this action, including but not limited to attorneys' fees, be taxed against Plaintiff; and

3. That the Court grant such other relief as the Court may deem just and proper.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief may be granted.

2. Plaintiff's claims are barred by the doctrine of fair use.

3. Plaintiff is barred from relief by the doctrines of waiver, estoppel, and/or release, due to Plaintiff's own acts and/or omissions with reference to the subject matter of the Complaint.

4. Plaintiff's claims are barred by the doctrine of misuse of copyright.

5. Plaintiff's claims are barred to the extent she has forfeited or abandoned his copyright.

6. Plaintiff's claims are barred because Defendant's conduct was in good faith and with non-willful intent.

7. Plaintiff's claims are barred by applicable statutes of limitations.

8. Plaintiff's claims fail to the extent she has suffered minimal or no damages.

Respectfully submitted,

Dated: May 25, 2018    By:

_____
Andrew Gerber (AG 0779)
Ilya Kushnirsky (IK 3899)

KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320
andrew@kgfirm.com
ilya@kgfirm.com

*Counsel for Defendant Galore Media, Inc.*