UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTY LEIBOWITZ<br><br>                   Plaintiff,<br><br>- against -<br><br>GALORE MEDIA INC.<br><br>                   Defendant. | Case No. 1:18-cv-2626(RA)(HBP) |

## DECLARATION OF RICHARD P. LIEBOWITZ

I, Richard P. Liebowitz, ESQ., hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am lead counsel for plaintiff Kristy Leibowitz ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

2. I have personal knowledge of the facts stated herein. I have represented Plaintiff in copyright infringement litigation for two years. My law firm registers her works, monitors infringements and enforces her copyrights.

3. I submit this declaration in support of Plaintiff's response to an order to show cause why a bond as security for costs under Local Rule 54.2 should not be levied.

4. My client a professional photographer in the business of licensing photographs for a fee.

5. She is the author and copyright owner of the original photographs, true and copies of which are attached to the Complaint as Exhibit A. See Dkt. #1.

6. She is a long-time resident of New York.

7. She is the sole proprietor of Kristy Leibowitz Photography LLC, a domestic limited liability company at 23 Manor Lane, Copiague, NY 11726. A copy of NYS Department of State, Division of Corporations, Entity Search results featuring her company is hereto attached as Exhibit A.

8. She is financially solvent.

9. She has licensed images similar to style and quality to the photographs at issue in this lawsuit for varying amounts. True and correct, non-exhaustive sampling of licensing invoices for images are attached hereto as Exhibit B.

Dated: June 13, 2018

City/State: <u>New York, NY</u>

I swear under the penalty of perjury that the following statements are true and correct to the best of my personal knowledge.

_____
Richard P. Liebowitz