**Kristy Leibowitz Photography**      516.298.4653
14 Astro Place      info@kristyLeibowitz.com
Dix Hills New York  11746      www.kristyleibowitz.com
UNITED STATES

**Invoice**

| | | |
|---|---|---|
| Emilia Olsen | No: | INVOICE251 |
| Eddie Martinez | Date: | 25 November, 2013 |
| 61 Greenpoint ave Suite 312 | | |
| Brooklyn New York  11222 | | |
| UNITED STATES | | |

**Job Description**
Photograph painting of artist Eddie Martinez studio at 61 Greenpoint ave Suite 312 Brooklyn on November 13th, 2013 at 1p.m.

**Invoice Terms**
Final Invoice is payable upon receipt. A late charge of 15% per month will apply after 30 days. License usage rights are transferred upon full payment of this invoice.  Failure to make payments voids any license granted and constitutes copyright infringement.  All rights not specifically granted in writing, including copyright, remain the exclusive property of Kristy Leibowitz.

**Fees**

| | |
|---|---|
| 1 Photographers Fee @ 2,700.00 ea. (composite wall shot of drawings) | 2,700.00 |
| Post Production (Included) | |
| Travel (Included) | |
| Usage Fees (Included) | |
| Fees total: | **2,700.00** |

| | |
|---|---|
| Sub Total | 2,700.00 |
| Total | 2,700.00 |
| Payments & Credits | .00 |
| Balance Due In (USD) | **2,700.00** |

Signature_____ Date_____

**Usage License**
Subject to the terms and conditions below, **Kristy Leibowitz** the creator of the work ("Work") referenced in this document ( **INVOICE1077** ) hereby grants to Eddie Martinez defined herein ("Client") an Exclusive license to use the Work Worldwide.  This license shall be valid for An Unlimited Time and shall cover publication of the Work in the following media only: Unlimited Media.  Any other use of the Work by the Client shall require a separately negotiated license.

Kristy Leibowitz Photography  
14 Astro Place  
Dix Hills New York  11746  
UNITED STATES

516.298.4653  
info@kristyLeibowitz.com  
www.kristyleibowitz.com

**Invoice**

| | |
|---|---|
| Mary Burke | No:   INVOICE250 |
| Newsday | Date:  4 September, 2014 |
| 235 Pinelawn Road | |
| Melville  NY  11747 | |
| USA | |
| 631.843.3039 | |

## Job Description
**Freelance Photography Photo Usage.**

---

**Fees**

| | |
|---|---|
| Photographers Fee @ 2,750.00 (00157964A, 00157984A  Friday 08/08/2014 ) | 2,750.00 |
| Fees total: | **2,750.00** |

| | |
|---|---|
| Sub Total | 2,750.00 |
| Total | 2,750.00 |
| Payments & Credits | .00 |
| Balance Due In (USD) | **2,750.00** |

Signature_____  Date_____

---

**Usage License**  
**The only credit line to be associated with the Work is "Kristy Leibowitz".  Any other use of the Work by the Licensee shall require a separately negotiated license.**