UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTY LEIBOWITZ,<br><br>                    Plaintiff,<br><br>   - against -<br><br>GALORE MEDIA, INC.<br><br>                    Defendant. | No. 18-cv-2626 (RA) (HBP)<br><br>ECF CASE<br><br>NOTICE OF MOTION FOR PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof, declarations and exhibits attached thereto; and the pleadings and prior proceedings herein; Plaintiff will move the Court, before the Honorable Henry B. Pitman (U.S.M.J.) at the United States District Court, 500 Pearl Street, New York, New York 10007, at a time set by the Court for an Order VACATING the Court's Order, dated July 11, 2018 [ECF Docket # 18] pursuant to Local Civil Rule 6.3 and Rule 60(b)(1) of the Federal Rules of Civil Procedure and consistent with the U.S. Supreme Court's holding in *Marek v. Chesny*, 473 U.S. 1, 105 S.Ct. 3012, 87 L.Ed.2d 1 (1985), or, in the alternative, reducing the bond requirement to $2,000.  Additionally, Plaintiff further will move the Court to make the bond requirement, if still applicable, due after the scheduled settlement conference, set for September 18, 2018, and for such further relief as this Court deems just and proper.

Dated: Valley Stream,
New York, July 25, 2018

                                        Respectfully submitted,

LIEBOWITZ LAW FIRM, PLLC

***By: /Richard Liebowitz/***
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 111580
(516) 233-1660
rl@liebowitzlawfirm.com

*Attorney for Plaintiff Kristy Leibowitz*