UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY LEIBOWITZ,

                        Plaintiff,

- against -

GALORE MEDIA, INC.

                        Defendant.

No. 18-cv-2626 (RA)(HBP)

ECF CASE

## DECLARATION OF KRISTY LEIBOWITZ
## IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

I, Kristy Leibowitz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in the above captioned action.

2. I submit this declaration in support of Plaintiff's Motion for Reconsideration or Re-argument of the District Court's Order, dated July 11, 2018, which imposed a requirement to post a $10,000 bond pursuant to S.D.N.Y. Local Rule 54.2.

3. I am a professional photographer and I make a living, in part, by collecting licensing fees from media and related companies for the use of my photographs.

4. Additionally, I have a special, long-standing, ongoing business relationship with The New York Post's Page Six. Page Six licenses images from me well below the market rate.

5. In addition to my special business relationship to Page Six, I negotiate one-time, at-arms-length licenses personally.

1

6.  Privately negotiated one-time licenses typically obtain the highest license rates and can range up to thousands of dollars for a single image. I have repeatedly negotiated license fees of $2,700 per image.

7.  I am a New York-based resident and business owner. The exploitation of my photographs without payment of an appropriately negotiated license fee, as was done by Defendant in this case, is detrimental to my ability to make a living.

8.  I am prepared to fully participate in all aspects of this case, including deposition and trial, and to be subject to the rulings of this Court.

9.  I am financially solvent and capable of paying costs in this action of $2,000.00, should such an award be deemed appropriate.


Dated: July 26, 2018  
Valley Stream, NY

Respectfully Submitted,

_____  
Kristy Leibowitz