

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O:  (212) 882-1320
F:  (917) 398-1487

Andrew Gerber, Member
andrew@kgfirm.com

August 2, 2018

**By ECF**

Hon. Henry Pitman
United States Magistrate Judge

*Re: Leibowitz v. Galore Media, Inc., 18-cv-2626 (RA)(HBP)– Failure to Post Bond*

Your Honor,

     We are counsel for Defendant Galore Media, Inc. in the above-captioned Action. Pursuant to Your Honor's July 11, 2018 Order, Plaintiff Leibowitz was to file a $10,000 bond no later than yesterday, August 1, 2018. Plaintiff failed to do so, instead relying on its motion for reconsideration and ignoring the bond deadline.

     Plaintiff was never excused from this bond deadline, and Plaintiff is now in violation of that Order. Defendant respectfully requests that the Court dismiss the Complaint with prejudice and award Defendant its reasonable fees and costs.

Sincerely,

Andrew Gerber
*Counsel for Defendant*

1