

August 2, 2018

Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re:   *Leibowitz v. Galore Media, Inc.  (1:18-cv-02626 (RA) (HBP)*

Dear Judge Pitman,

     We represent Plaintiff Kristy Leibowitz ("Plaintiff") in the above referenced matter and respectfully submit this letter in response to Defendant's letter, dated August 2, 2018.

     Contrary to Defendant's assertion that Plaintiff simply neglected to post bond, Plaintiff previously requested that Your Honor stay the bond requirement pending disposition of Plaintiff's Motion for Reconsideration and Re-argument, or at least until the settlement conference scheduled for September 18, 2018. [Dkt. Nos. 21, 22] Further, Plaintiff's request was made in good faith prior to the original deadline to post bond.  Accordingly, Defendant's motion to dismiss the complaint with prejudice should be DENIED.

                                          Respectfully Submitted,

                                          /s/ Richard P. Liebowitz
                                          Richard P. Liebowitz
                                          Liebowitz Law Firm, PLLC
                                          11 Sunrise Plaza, Suite 305
                                          Valley Stream, NY 11580
                                          (516) 233-1660
                                          RL@LiebowitzLawFirm.com

                                          *Attorneys for Plaintiff Helayne Seidman*

