

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O:  (212) 882-1320
F:  (917) 398-1487

Andrew Gerber, Member
andrew@kgfirm.com

September 10, 2018

**By ECF**

Hon. Henry Pitman
United States Magistrate Judge

*Re: Leibowitz v. Galore Media, Inc., 18-cv-2626 (RA)(HBP)– Settlement Conference*

Your Honor,

    We are counsel for Defendant Galore Media, Inc. ("Galore") in the above-captioned Action.  Pursuant to Your Honor's July 11, 2018 Order, Plaintiff Leibowitz was to file a $10,000 bond no later than August 1, 2018.  Plaintiff still has failed to do so and was never excused from this bond deadline.

    As previously noted, Galore is not interested in participating in the scheduled Settlement Conference, especially if Plaintiff is not going to be required to post the bond prior to the conference.  Galore has already offered a multiple of Plaintiff's maximum possible recovery in this case and, as noted, there is a strong likelihood that Plaintiff is entitled to no recovery whatsoever due to the significant delay in bringing this Action.  Plaintiff's conduct and that of her counsel in this case and in dozens of others in this District is why we sought the bond in the first place.

    At this point, Galore would rather wait for Plaintiff to post the bond, proceed with litigation, and eventually seek fees and costs from Plaintiff for continuing to litigate this Action despite rejecting an Offer of Judgment for more than Plaintiff could possibly recover.

    Galore therefore respectfully requests that the currently-scheduled Settlement Conference be adjourned *sine die* and that Plaintiff be required to finally post the bond that was ordered two months ago.

Sincerely,

Andrew Gerber
*Counsel for Defendant Galore Media, Inc*