# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 10, 2018

**VIA ECF**

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re: <u>Leibowitz v. Galore Media, Inc., 18-CV-2626</u> (RA)(HBP)

Dear Judge Pitman:

We are counsel for Plaintiff Kristy Leibowitz ("Leibowitz") in the above-referenced litigation. Leibowitz respectfully submits this letter in opposition to Defendant's (Dkt. 28) request to adjourn the Court-ordered settlement conference *sine die*, currently scheduled for September 18, 2018 at 2 P.M.

Defendant had several opportunities to object to a settlement conference and did not raise any objections or make it contingent upon Plaintiff's posting a bond requirement. On June 6, 2018 Judge Abrams held an Initial Pretrial Conference and after considering each party's respective positions referred the parties for a settlement conference. Dkt 14. On June 11, 2018 this Court ordered Plaintiff to post a bond that would have been due on August 1, 2018. Then, on June 12, 2018, this Court held a telephone conference to schedule a settlement conference in the case. The settlement conference was initially set for June 23, 2018. The Defendant did not at that point object to the scheduling of a settlement conference prior to the posting of the bond. Nor did the Defendant make its participation in the upcoming settlement conference contingent upon Plaintiff's posting a bond on July 16, 2018 during another telephone conference with this Court, when the said settlement conference was rescheduled for July 30, 2018.

Finally, on July 23, 2018, Defendant did not object to participating in a settlement conference when the Court rescheduled it once more for September 18, 2018. On July 25, 2018 Plaintiff asked the Court to reconsider the due date to post the bond until after the settlement conference as it would have been had the settlement conference been held on its original date June 23, 2018 or subsequently rescheduled date of July 30, 2018.

Now the Defendant is putting conditions on its participation in a Court-ordered (and re-ordered) settlement conference. If the Court, as the Plaintiff, believes that this matter has the best chance of being effectively and efficiently resolved through a settlement conference to be held in a week, then the Court should reject Defendant's gamesmanship and maneuvering. We respectfully ask the Court to deny the Defendant's request to adjourn the settlement conference





that the parties were first referred to over three months ago and the Defendant did not object to until now.

       We thank the Court for its prompt attention and consideration.

Respectfully Submitted,

/s/ Richard P. Liebowitz
Richard P. Liebowitz
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com
KT@LiebowitzLawFirm.com

*Attorneys for Plaintiff Kristy Leibowitz*