

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O:  (212) 882-1320
F:  (917) 398-1487

                                         Andrew Gerber, Member
                                         andrew@kgfirm.com

September 26, 2018

**By ECF**

Hon. Henry Pitman
United States Magistrate Judge

*Re: Leibowitz v. Galore Media, Inc., 18-cv-2626 (RA)(HBP)– Failure to Post Bond*

Your Honor,

      We are counsel for Defendant Galore Media, Inc. ("Galore") in the above-captioned Action.

      By Order dated September 20, 2018, Your Honor denied Plaintiff's motion for reconsideration and directed that Plaintiff filed a bond in the amount of $10,000.  As Your Honor also noted, this bond was required in the Court's July 11, 2018 Order, and Plaintiff thereafter relied on the mistaken belief that merely filing a motion to delay the action would effectively delay Plaintiff's bond requirement.  As also noted in that Order, "Plaintiff's failure to post the bond in a timely manner will, no doubt, cause defendant to incur even greater costs than are unaccounted for."  That has now occurred.

      Following the issuance of this decision, I sent an email to Richard Liebowitz, counsel for Plaintiff, and insisted that the bond, now months overdue, be posted by no later than September 24, 2018.  Mr. Liebowitz responded via email that he "will bring the check to the Clerk's office on Wednesday."  I just spoke with the Finance Department at the Southern District of New York Clerk's Office and they confirmed that no check has been received and no bond has been posted.

      As we have noted in previous filings, Richard Liebowitz has been repeatedly sanctioned by this Court for failure to comply with court orders, for filing misleading documents with the Court, and for lying to the Court.  He is doing so again here.

      Given Plaintiff's continued failure to post a bond now months overdue, and Plaintiff's counsel's continued improper conduct, Galore respectfully requests that the Court dismiss this Action with prejudice, award fees and costs to Galore, and sanction Mr. Liebowitz for his continued improper conduct before this Court.

Sincerely,

Andrew Gerber
*Counsel for Defendant Galore Media, Inc*