UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

KRISTY LEIBOWITZ,                   :

              Plaintiff,     :     18 Civ. 2626 (RA)(HBP)

   -against-                       :     ORDER TO
                                                    SHOW CAUSE
GALORE MEDIA, INC.,                 :

              Defendant.     :

-----------------------------------X

TO:   Richard Liebowitz, Esq.
      Liebowitz Law Firm, PLLC
      Suite 301
      11 Sunrise Plaza
      Valley Stream, New York  11580

     YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing no later than October 3, 2018 why the undersigned should not issue a Report and Recommendation recommending that this matter be dismissed with prejudice for failure to post the bond required by my Order dated July 11, 2018 (Docket Item 18).

Dated:  New York, New York
        September 27, 2018

                                         SO ORDERED

                                         HENRY PITMAN
                                         United States Magistrate Judge

Copies transmitted to:

All Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/18