USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

KRISTY LEIBOWITZ,                    :

               Plaintiff,          :     18 Civ. 2626 (RA)(HBP)

  -against-                         :     SCHEDULING
                                         ORDER
GALORE MEDIA, INC.,                  :

               Defendant.         :

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        All discovery in this matter should now be complete. Accordingly, it is hereby ORDERED that:

        1.  Dispositive motions, if any shall be made no later than April 30, 2019.

        2.  The Pretrial Order, in the form required by Judge Abrams' rules, along with all other pretrial submissions required by Judge Abrams, shall be filed on May 31, 2019, or thirty days after the decision on any dispositive motion (if it is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of her portion of the Pretrial Order on counsel for defendant no later than fifteen days prior to the Pretrial Order's due date. For the convenience

of all parties, a copy of Judge Abrams' rules is available on the Court's website.

Dated: New York, New York
       March 27, 2019

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel

2