UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY LEIBOWITZ,

                        Plaintiff,

   - against -

GALORE MEDIA, INC.,

                        Defendant.

Docket No. 18-cv-02626 (RA-HBP)

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/19

## [~~PROPOSED~~] ORDER

WHEREAS, on July 11, 2018, Magistrate Judge Henry B. Pittman ordered plaintiff Kristy Leibowitz ("Plaintiff") to post a bond in the amount of $10,000.00 pursuant to Local Rule Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Rule 54.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York [Dkt. # 18];

WHEREAS, on September 27, 2018, Plaintiff complied with the Magistrate Judge's order and, via counsel, posted $10,000.00 with the Clerk of Court;

WHEREAS, the parties have reported the action as settled with both parties to bear their own costs and fees.

**IT IS THEREFORE ORDERED,** upon good cause shown, that the Clerk of Court immediately release the $10,000.00 bond which shall be payable to Richard Liebowitz of Liebowitz Law Firm, PLLC as counsel for Plaintiff.

New York, NY

Dated: _April 24_, 2019   **SO ORDERED.**

_____
Hon. Ronnie Abrams (U.S.D.J.)