AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION [ ] APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court, Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
|---|---|---|
| DOCKET NO.<br>18-cv-2626 | DATE FILED<br>3/26/2018 | |
| PLAINTIFF<br>Kristy Leibowitz | | DEFENDANT<br>Galore Media, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF Work | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 2-036-600 | Group Registration of Published Photographs | Kristy Leibowitz |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment [ ] Answer [ ] Cross Bill [ ] Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[x] Order [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes [X] No | DATE RENDERED<br>4/24/2019 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>Yadira Fuschillo | DATE<br>4/24/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/24/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTY LEIBOWITZ,

           Plaintiff,

    v.

GALORE MEDIA, INC.,

           Defendant.

No. 18-CV-2626 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that this case has been settled in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty-five (65) days. Any application to reopen this action must be filed within sixty-five (65) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same sixty-five day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     April 24, 2019
              New York, New York

Ronnie Abrams
United States District Judge